JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated New Drug Application
☐ 840 Trademark
☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit (15 USC 1681 or 1692)
☐ 485 Telephone Consumer Protection Act
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE
DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD
/S/ ALEC S. BRACKEN

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

ALEC S. BRACKEN (USBN 17178)
CONTIGO LAW
P.O. Box 249
Midvale, UT 84047
Phone: 801-980-9430
Email: alec@contigo.law
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Ricardo Miguel Perea Vera,<br><br>Plaintiff<br><br>v.<br><br>United States Immigration and Customs Enforcement,<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>TODD LYONS, in his official capacity as the acting Director of Immigration and Customs Enforcement,<br><br>Defendants | Civil No.: 2:25-cv-786<br><br>COMPLAINT FOR DECLARATORY RELIEF UNDER THE APA |

TABLE OF CONTENTS

TABLE OF EXHIBITS……………………………………………………………………………..ii

INTRODUCTION………………………………………………………………………………..1

JURISDICTION AND VENUE…...……………………………………………………………..2

PARTIES……………………………………………………………………………………….....3

PLAINTIFFS……………………………………………………………………………..3

DEFENDANTS…………………………………………………………………………..3

STATUTORY AND REGULATORY FRAMEWORK..……………………………………………..3

**I.** Statutory and Regulatory Framework for SIJ Adjudications………………………………4

**II.** Defendants' Mandatory Duty to Adjudicate Plaintiff's Visa Application…………………5

STATEMENT OF FACTS………………………………………………………………………..6

CLAIMS FOR RELIEF…………………………………………………………...……………...6

COUNT ONE: …………………………………………………………..………………6

COUNT TWO……………………………………………………………………….....7

COUNT THREE…………………………………………………………………….....8

RESERVATION OF RIGHTS…………………………………………………………………...9

REQUEST FOR RELIEF………………………………………………………………………..9

**TABLE OF EXHIBITS**

EXHIBIT 1…………………………………..………………. . ……………..Notice to Appear

EXHIBIT 2……………………………………………………………………………..….I-589

EXHIBIT 3………………………………………………………….Removal Proceedings Status

**INTRODUCTION**

1. Plaintiff is a Venezuelan national living in the United States. Plaintiff, by and through the undersigned counsel, respectfully brings this Complaint for Declaratory relief to declare the deportation of Plaintiff to be unlawful and to order the Department of Homeland Security to release him immediately.

2. On November 6, 2024, Plaintiff presented himself at the United States border seeking asylum from Venezuela in the United States. Plaintiff was an opponent to the Maduro regime in Venezuela and received multiple threats against his life while in Venezuela. Upon information and belief, Plaintiff was present in the United States previously and left the United States. It is unclear whether he left the United States under an order of expedited removal or if he voluntarily departed the United States. It is also unclear when this entry and departure took place.

3. On December 17, 2024, Plaintiff filed an application for asylum, withholding of removal, and protection under the convention against torture. This application was accepted by the Executive Office for Immigration Review. On September 9, 2025, Plaintiff was arrested by U.S. Immigration and Customs Enforcement. While the purpose of his arrest is unknown, based on information and belief, he weas arrested to effectuate his immediate removal from the United States. As of date of filing, Plaintiff's proceedings remain open in the immigration court.

4. The Department of Homeland Security shall not remove an individual from the United States that has filed an application for asylum until the application has been adjudicated. 8 C.F.R. § 208.5(a). Further, under withholding of removal, the United States cannot remove someone to a nation where it has been determined that the alien's life or freedom would be threatened. 8 U.S.C. § 1231(b)(3). Finally, pursuant to the treaty on the convention against torture, individuals cannot be removed to their country if they are likely to be subjected to torture in that country. Pub. L. No. 105-277.

5. While a previous expedited removal order would render Plaintiff ineligible for asylum, it would not render him ineligible for withholding of removal, or protection under the convention against torture. 8 U.S.C. § 1231(a)(5); 8 C.F.R. § 1208.31(e); 8 C.F.R. § 241.8(e).

6. Here, the Department of Homeland Security is attempting to remove an individual who followed a lawful process to seek asylum in the United States, applied for asylum within the time frame required by regulation, and whose applications for asylum, withholding of removal, and protection under the convention against torture have all been accepted by the government.

7. Per statutory and regulatory laws in the United States, Petitioner cannot be removed from the United States until his asylum, withholding, and protection under the convention against torture applications have been adjudicated. Therefore, Petitioner's current detention and removal are unlawful.

**JURISDICTION AND VENUE**

8. This case arises under the Administrative Procedure Act ("APA"), 5 U.S.C. § 701, et. seq. The Court has subject matter jurisdiction over plaintiffs' claims pursuant to 28 U.S.C. § 1331 (Federal Question Jurisdiction). This Court has authority to grant relief under the Declaratory Judgment Act (28 U.S.C. § 2201) and the APA, 5 U.S.C. § 702.

9. Pursuant to 28 U.S.C. § 1391(e), venue is proper in this district on the following grounds: this is a civil action in which (1) Defendants are officers of the United States acting in their official capacity or an agency of the United States; (2) Plaintiff resides in West Valley City, Utah, in Salt Lake County, and within the Utah judicial district; and (3) a substantial part of the acts or omissions giving rise to the claim occurred in this judicial district. Therefore, venue is proper in the Utah District Court.

**PARTIES**

**PLAINTIFF**

10. Plaintiff is a Venezuelan citizen who came to the United States on November 6, 2024. Ex. 1. Plaintiff was an opponent of the Maduro regime in Venezuela and fled persecution. Ex. 2. On December 17, 2024, Plaintiff filed an application for asylum, withholding of removal, and protection under the convention against torture. *Id.*

**DEFENDANTS**

11. Defendant UNITED STATES IMMIGRATION AND CUSTOMS ENFOCREMENT (ICE) is the agency that handles immigration enforcement in the United States.

12. Defendant KRISTI NOEM (Secretary Noem) is the Secretary of the Department of Homeland Security, the parent agency of ICE which handles immigration enforcement. As such, Secretary Noem has a supervisory responsibility over ICE, and immigration enforcement. Secretary Noem is sued in her official capacity.

13. TODD LYONS (Director Lyons) is the Acting Director of ICE. ICE is responsible for immigration enforcement, as such, Director Lyons has a supervisory role over immigration enforcement.

**STATUTORY AND REGULATORY FRAMEWORK**

**I.** Statutory and Regulatory Framework for SIJ Adjudications

14. In 1952, Congress enacted the Immigration and Nationality Act ("INA"), which established the foundation of the current immigration system, including provisions for relief from removal for individuals fearing persecution. The INA has been amended several times to expand and refine protections for refugees and others at risk of harm.

15. In 1980, Congress enacted the Refugee Act of 1980, Pub. L. No. 96-212, 94 Stat. 102, which aligned U.S. asylum law with international obligations under the 1951 Refugee Convention and 1967 Protocol. The Refugee Act created the statutory right to apply for asylum under INA § 208, 8 U.S.C. § 1158.

16. Asylum is a discretionary form of relief that may be granted to an applicant who demonstrates a "well-founded fear of persecution" on account of race, religion, nationality, membership in a particular social group, or political opinion. INA § 208(b)(1), 8 U.S.C. § 1158(b)(1). A grant of asylum permits the applicant to remain lawfully in the United States, obtain employment authorization, and eventually apply for lawful permanent residence.

17. In addition to asylum, Congress created a separate and mandatory protection known as withholding of removal, codified at INA § 241(b)(3), 8 U.S.C. § 1231(b)(3). This provision prohibits the United States from removing a noncitizen to a country where "the alien's life or freedom would be threatened" on account of a protected ground. Withholding requires the applicant to meet the higher "more likely than not" standard of persecution but, once met, it must be granted.

18. Protection under the Convention Against Torture (CAT) is further implemented through federal regulations at 8 C.F.R. §§ 1208.16–1208.18. Under CAT, removal is barred if it is more likely than not that the individual would be subjected to torture by, or with the acquiescence of, a public official. CAT protection is mandatory, non-discretionary, and applies irrespective of criminal history or other statutory bars to asylum.

19. The INA and implementing regulations create a structured process for adjudicating these claims. An individual may apply for asylum, withholding, and CAT protection by submitting Form I-589, Application for Asylum and for Withholding of Removal. 8 C.F.R. § 1208.3(a). If the applicant

establishes eligibility under the applicable statutory and regulatory standards, immigration judges and the Board of Immigration Appeals are obligated to grant relief.

**II.** Defendants' Lack of Authority to Remove Plaintiff While an Asylum Application Remains Pending

20. Congress has expressly provided that an applicant for asylum may apply for withholding of removal and protection under the Convention Against Torture within the same application. *See* 8 C.F.R. § 1208.3(b). The form designated for this purpose is Form I-589, "Application for Asylum and for Withholding of Removal."

21. Federal regulations mandate that once an I-589 has been filed, the applicant cannot be removed until the application is fully adjudicated. Specifically, 8 C.F.R. § 1208.3(c)(3) provides that the filing of a complete asylum application "shall entitle the applicant to protection from removal pursuant to § 1208.2(b)," which vests jurisdiction over the application in either USCIS Asylum Offices or the Immigration Courts depending on the posture of proceedings.

22. Furthermore, 8 C.F.R. § 1208.2(b) makes clear that jurisdiction over an asylum application filed with the Immigration Court remains with the Immigration Judge until there is a final decision, subject to review by the Board of Immigration Appeals. This framework reflects Congress's intent that removal may not lawfully occur until the applicant's protection claims have been adjudicated to completion.

23. The Department of Homeland Security ("DHS") is therefore without authority to remove a noncitizen who has a pending asylum application, as doing so would contravene both statutory and regulatory protections.

24. Plaintiff has a pending I-589 application for asylum, withholding of removal, and protection under CAT. Because no final administrative decision has been rendered, Defendants are legally barred from effectuating Plaintiff's removal at this time.

## STATEMENT OF FACTS

25. Plaintiff entered the United States on November 6, 2024. Ex. 1. Plaintiff is a native and citizen of Venezuela. *Id*. On December 17, 2024, Plaintiff filed an I-589 application for asylum, withholding of removal, and protection under the convention against torture. Ex. 2. In Venezuela, Plaintiff was a member of the opposition to the Maduro regime. *Id*. Plaintiff fled persecution in Venezuela to seek asylum in the United States. *Id.* Upon information and belief, Plaintiff was in the United States previously and departed, it is unclear whether he was removed or whether he departed voluntarily. When Plaintiff entered the United States, he did so by presenting himself at the border and entered as an arriving alien, upon information and belief, was found to have a credible fear of persecution in his home country. On September 9, 2025, Plaintiff was arrested by ICE and taken into custody. The reasons for his detention are unknown; however, it is upon information and belief that it is to effectuate his deportation. To date, Plaintiff's asylum proceedings remain pending with EOIR. Ex. 3.

## CAUSES OF ACTION

### 1. FIRST CAUSE OF ACTION: VIOLATIONS OF THE IMMIGRATION AND NATIONALITY ACT

26. Plaintiff incorporates and realleges the allegations above.

27. The Immigration and Nationality Act ("INA") provides that any noncitizen present in the United States may apply for asylum, withholding of removal, and protection under the Convention Against Torture by filing Form I-589. See INA § 208(a)(1), 8 U.S.C. § 1158(a)(1); 8 C.F.R. §§ 1208.3(a), 1208.16–1208.18. Once filed, the application must be adjudicated to completion before the applicant may be removed. See 8 C.F.R. §§ 1208.2(b), 1208.3(c)(3).

28. Plaintiff entered the United States on November 6, 2024, and on December 17, 2024, timely filed an I-589 application for asylum, withholding of removal, and CAT protection. Exs. 1–2. Plaintiff's

claim is based on his political opinion and opposition to the Maduro regime in Venezuela. Id. Plaintiff fled persecution in Venezuela to seek protection in the United States.

29. Despite the pendency of Plaintiff's asylum application, on September 9, 2025, agents of ICE arrested Plaintiff and placed him in detention for the purpose of effectuating removal. Ex. 3. Defendants' attempt to deport Plaintiff before his asylum, withholding, and CAT claims are finally adjudicated is contrary to the INA and its implementing regulations.

30. By detaining Plaintiff for removal in the absence of a final adjudication of his pending protection claims, Defendants have violated Plaintiff's statutory rights under INA § 208 and § 241(b)(3), 8 U.S.C. §§ 1158, 1231(b)(3), and the corresponding regulations, including but not limited to 8 C.F.R. §§ 1208.2(b), 1208.3(c)(3), and 1208.16–1208.18.

31. Plaintiff has a statutory right to seek protection in the United States, and Defendants' actions to effectuate removal prior to the completion of his proceedings constitute unlawful agency action not in accordance with law. See 5 U.S.C. § 706(2)(A).

**2. SECOND CAUSE OF ACTION:**
**VIOLATION OF DUE PROCESS**

32. Plaintiff incorporates and realleges all the allegations above.

33. The Fifth Amendment to the United States Constitution guarantees that no person shall be "deprived of life, liberty, or property, without due process of law." U.S. Const. amend. V. This protection extends to all noncitizens physically present in the United States, regardless of their immigration status. *See Zadvydas v. Davis*, 533 U.S. 678, 693–94 (2001); *Landon v. Plasencia*, 459 U.S. 21, 32–33 (1982).

34. Plaintiff has a constitutionally protected liberty interest in remaining in the United States until his claims for asylum, withholding of removal, and protection under the Convention Against

Torture have been fully adjudicated. *See* INA § 208, 8 U.S.C. § 1158; 8 C.F.R. §§ 1208.2(b), 1208.3(c)(3).

35. By arresting and detaining Plaintiff for the purpose of effectuating removal while his I-589 application remains pending, Defendants have attempted to deprive him of this liberty interest without any adjudication of his claims. Such action constitutes a violation of procedural due process because Plaintiff has been denied notice and an opportunity to be heard regarding his entitlement to protection from removal.

36. Federal regulations and judicial precedent confirm that removal of an alien with a pending asylum application is impermissible. See 8 C.F.R. §§ 1208.2(b), 1208.3(c)(3); Landin v. Ashcroft, 254 F.3d 493, 497–98 (5th Cir. 2001).

37. Plaintiff is therefore suffering, and will continue to suffer, irreparable harm to his liberty and personal security if Defendants remove him before adjudication of his asylum, withholding, and CAT claims. Defendants' actions constitute a direct violation of Plaintiff's rights under the Fifth Amendment to the United States Constitution.

**3. THIRD CAUSE OF ACTION:**

**VIOLATION OF THE IMMIGRATION AND NATIONALITY ACT**

38. Plaintiff incorporates and realleges all the allegations above.

39. The INA and its implementing regulations govern the procedures for removal and reinstatement of prior removal orders. *See* INA § 241(a)(5), 8 U.S.C. § 1231(a)(5); 8 C.F.R. § 241.8(e)

40. Upon information and belief, Plaintiff may have previously departed the United States, but it is unclear whether that departure was voluntary or the result of a prior removal order. Plaintiff entered the United States on November 6, 2024, by presenting himself at a port of entry as an arriving alien.

Ex. 1. Entry in this lawful manner does not constitute an "unlawful entry" under INA § 241(a)(5) and therefore would not trigger automatic reinstatement of any prior removal order.

41. Even if a prior removal order were reinstated, Plaintiff, upon presenting himself at a port of entry, was found to have a credible fear of persecution in his home country. Ex. 1. Pursuant to 8 C.F.R. § 241.8(e), an individual who passes a credible fear interview is entitled to have his claims for withholding of removal and protection under the Convention Against Torture adjudicated by an immigration judge.

42. By detaining Plaintiff and attempting to effectuate removal while his I-589 application for asylum, withholding of removal, and CAT protection remains pending, Defendants have acted in violation of the INA and its implementing regulations. See INA §§ 208(a)(1), 241(b)(3), 8 U.S.C. §§ 1158(a)(1), 1231(b)(3); 8 C.F.R. §§ 1208.2(b), 1208.3(c)(3), 1208.16–1208.18, 241.8(e).

43. Defendants' actions deprive Plaintiff of the statutory right to have his protection claims adjudicated prior to removal and constitute unlawful agency action not in accordance with law. See 5 U.S.C. § 706(2)(A).

## RESERVATION OF RIGHTS

Plaintiffs reserve the right to add additional allegations of agency errors and related causes of action upon receiving the certified administrative record.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request that this Court grant the following relief:

A. Assume jurisdiction over this matter.

B. Declare that ICE's detention and eventual deportation of Plaintiff is unlawful and contrary to the Immigration and Nationality Act and the Due Process Clause of the United States Constitution.

C. Order the immediate release of Plaintiff from ICE custody.

E. Enjoin ICE ERO from taking any adverse action against Plaintiff while his I-589 is pending.

F. Award Plaintiff his costs of suit and attorney's fees under the Equal Access to Justice Act, 42 U.S.C. § 1988, and any other applicable law.

G. Grant such other and further relief as this Court deems just and proper to remedy the harms suffered by Plaintiff, including any relief necessary to preserve his immigration status and prevent removal from the United States.

DATED: September 10, 2025

Respectfully submitted,

/S/ ALEC S. BRACKEN
Alec S. Bracken (UT SBN 17178)
Contigo Law
P.O. Box 249
Midvale, UT 84047
Tel. (801) 676-6548
Email: alec@contigo.law

# EXHIBIT 1

DEPARTMENT OF HOMELAND SECURITY

# NOTICE TO APPEAR

Event No: SYS2511002593

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID : 213753091 FIN #: 1371414142 FAMU : FMU2511002685

SIGMA Event: 66438551 DOB: 02/18/2008 File No: 246909974

In the Matter of: PEREA VERA, RICARDO MIGUEL

Respondent: PEREA VERA, Ricardo Miguel currently residing at:

C/O MARIA VICTORIA VERA PEREZ 1107 West Putter Circle,Unit# 903,Taylorsville,UTAH 84123,UNITED STATES OF AMERICA 385-272-5666

(Number, street, city, state and ZIP code) (Area code and phone number)

[x] You are an arriving alien.

[ ] You are an alien present in the United States who has not been admitted or paroled.

[ ] You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of VENEZUELA and a citizen of VENEZUELA;
3. You applied for admission on 11/06/2024 at SAN YSIDRO, CA, USA;
4. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

See Continuation Page Made a Part Hereof

[ ] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

[ ] Section 235(b)(1) order was vacated pursuant to: [ ] 8CFR 208.30 [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

2975 S DECKER LAKE DR STE 200,
WEST VALLEY, UT, US 841196094

*(Complete Address of Immigration Court, including Room Number, if any)*

on October 19, 2026 *(Date)* at 01:00 PM *(Time)* to show why you should not be removed from the United States based on the charge(s) set forth above.

MARTINEZ, CAR18299
CBP OFFICER

*(Signature and Title of Issuing Officer)*

Date: November 6, 2024 SAN YSIDRO, CALIFORNIA

*(City and State)*

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form 1-589, Application for Asylum and for Withholding of Removal. The Form 1-589, Instructions, and information on where to file the Form can be found at www.uscis.gov/i-589. Failure to file the Form 1-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at http://www.ice.gov/contact/ero, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

U.S. Citizenship Claims: If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

Upon information and belief, the language that the alien understands is SPANISH

### Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before:

_______________________ *(Signature of Respondent)*

Date: _______________

_______________________ *(Signature and Title of Immigration Officer)*

### Certificate of Service

This Notice To Appear was served on the respondent by me on November 6, 2024 , in the following manner and in compliance with section 239(a)(1) of the Act.

[x] in person [ ] by certified mail, returned receipt # ____________ requested [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[x] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the SPANISH language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

MARTINEZ, CAR18299
CBP OFFICER

*(Signature of Respondent if Personally Served)* *(Signature and Title of officer)*

## Privacy Act Statement

**Authority:**
The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**
You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**
For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**
Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

# EXHIBIT 2



# Application for Asylum and for Withholding of Removal

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-589**
OMB No. 1615-0067
Expires 09/30/2027

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) *(if any)* | 2. U.S. Social Security Number *(if any)* | 3. USCIS Online Account Number *(if any)* |
|---|---|---|
| 241383810 | NONE | NONE |

| 4. Complete Last Name | 5. First Name | 6. Middle Name |
|---|---|---|
| PEREA ARGUELLO | Ricardo | Jose |

7. What other names have you used *(include maiden name and aliases)?*
N/A

8. Residence in the U.S. *(where you physically reside)*

| Street Number and Name | Apt. Number |
|---|---|
| 1107 West Putters Circle | 903 |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| Salt Lake City | UT | 84123 | ( 385 ) 541 1724 |

(**NOTE:** *You must be residing in the United States to submit this form.*)

9. Mailing Address in the U.S. *(if different than the address in Item Number 8)*

| In Care Of *(if applicable)*: | Telephone Number |
|---|---|
| SAME | ( N/A ) NONE |

| Street Number and Name | Apt. Number |
|---|---|
| SAME | NONE |

| City | State | Zip Code |
|---|---|---|
| SAME | SAME | NONE |

DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
DEC 17 2024
FILED WITH IMMIGRATION COURT
SALT LAKE CITY, UTAH

10. Gender: ☒ Male ☐ Female
11. Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed

| 12. Date of Birth *(mm/dd/yyyy)* | 13. City and Country of Birth |
|---|---|
| 12/05/1986 | Maracaibo / Venezuela |

| 14. Present Nationality *(Citizenship)* | 15. Nationality at Birth | 16. Race, Ethnic, or Tribal Group | 17. Religion |
|---|---|---|---|
| Venezuelan | Venezuelan | Hispanic | Catholic |

18. *Check the box, a through c, that applies:* a. ☐ I have never been in Immigration Court proceedings.
b. ☒ I am now in Immigration Court proceedings. c. ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

19. *Complete 19 a through c.*
a. When did you last leave your country? *(mm/dd/yyyy)* 01/06/2024 b. What is your current I-94 Number, if any? NONE

c. List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date | Place | Status | Date Status Expires |
|---|---|---|---|
| 11/06/2024 | San Ysidro / CA | EWI | NONE |
| N/A | N/A | N/A | |
| N/A | N/A | N/A | |

| 20. What country issued your last passport or travel document? | 21. Passport Number | 22. Expiration Date *(mm/dd/yyyy)* |
|---|---|---|
| N/A | NONE<br>Travel Document Number NONE | NONE |

| 23. What is your native language *(include dialect, if applicable)?* | 24. Are you fluent in English? | 25. What other languages do you speak fluently? |
|---|---|---|
| Spanish | ☐ Yes ☒ No | N/A |

## Part A.II. Information About Your Spouse and Children

| For EOIR use only. | For USCIS use only. | Action: Interview Date: ______ Asylum Officer ID No.: ______ | Decision: Approval Date: ______ Denial Date: ______ Referral Date: ______ |
|---|---|---|---|

**Your spouse** ☐ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 246909973 | 140961894 | 09/04/1990 | NONE |
| **5. Complete Last Name** | **6. First Name** | **7. Middle Name** | **8. Other names used** *(include maiden name and aliases)* |
| VERA PEREZ | Maria | Victoria | N/A |

| 9. Date of Marriage *(mm/dd/yyyy)* | 10. Place of Marriage | 11. City and Country of Birth |
|---|---|---|
| 07/17/2007 | Maracaibo / Venezuela | Maracaibo / Venezuela |

| 12. Nationality *(Citizenship)* | 13. Race, Ethnic, or Tribal Group | 14. Gender |
|---|---|---|
| Venezuelan | Hispanic | ☐ Male ☒ Female |

15. Is this person in the U.S.?
☒ Yes *(Complete Blocks 16 to 24.)* ☐ No *(Specify location):* ______

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| San Ysidro / CA | 11/06/2024 | NONE | EWI |
| **20. What is your spouse's current status?** | **21. What is the expiration date of his/her authorized stay, if any?** *(mm/dd/yyyy)* | **22. Is your spouse in Immigration Court proceedings?** | **23. If previously in the U.S., date of previous arrival** *(mm/dd/yyyy)* |
| N/A | NONE | ☒ Yes ☐ No | NONE |

24. If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*
☒ Yes
☐ No

**Your Children.** List all of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A.III., Information about your background.)*

☒ I have children. Total number of children: 2

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 246909974 | NONE | Single | NONE |
| **5. Complete Last Name** | **6. First Name** | **7. Middle Name** | **8. Date of Birth** *(mm/dd/yyyy)* |
| PEREA VERA | Ricardo | Miguel | 02/18/2008 |
| **9. City and Country of Birth** | **10. Nationality** *(Citizenship)* | **11. Race, Ethnic, or Tribal Group** | **12. Gender** |
| Maracaibo / Venezuela | Venezuelan | Hispanic | ☒ Male ☐ Female |

13. Is this child in the U.S. ? ☒ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):* ______

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| SanYsidro/CA | 11/06/2024 | NONE | EWI |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☒ Yes ☐ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☒ Yes
☐ No

## Part A.II. Information About Your Spouse and Children (continued)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 246909975 | 140961661 | Single | NONE |
| **5. Complete Last Name** | **6. First Name** | **7. Middle Name** | **8. Date of Birth** *(mm/dd/yyyy)* |
| PEREA VERA | Kevin | Alejandro | 05/24/2016 |
| **9. City and Country of Birth** | **10. Nationality** *(Citizenship)* | **11. Race, Ethnic, or Tribal Group** | **12. Gender** |
| Maracaibo / Venezuela | Venezuelan | Hispanic | ☒ Male ☐ Female |

13. Is this child in the U.S. ? ☒ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*:

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| SanYsidro / CA | 11/06/2024 | NONE | EWI |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☒ Yes ☐ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☒ Yes
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| NONE | NONE | NONE | NONE |
| **5. Complete Last Name** | **6. First Name** | **7. Middle Name** | **8. Date of Birth** *(mm/dd/yyyy)* |
| N/A | N/A | N/A | NONE |
| **9. City and Country of Birth** | **10. Nationality** *(Citizenship)* | **11. Race, Ethnic, or Tribal Group** | **12. Gender** |
| N/A | N/A | N/A | ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*: N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | NONE | NONE | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes ☐ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| NONE | NONE | N/A | NONE |
| **5. Complete Last Name** | **6. First Name** | **7. Middle Name** | **8. Date of Birth** *(mm/dd/yyyy)* |
| N/A | N/A | N/A | NONE |
| **9. City and Country of Birth** | **10. Nationality** *(Citizenship)* | **11. Race, Ethnic, or Tribal Group** | **12. Gender** |
| N/A | N/A | N/A | ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*: N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | NONE | NONE | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | NONE | ☐ Yes ☐ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes
☐ No

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)* *(***NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| Barrio Pradera Alta | Maracaibo | Zulia | Venezuela | 12/1986 | 01/2024 |
| N/A | N/A | N/A | N/A | NONE | NONE |

2. Provide the following information about your residences during the past 5 years. List your present address first. *(***NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 1107 W. Putters Circle | Salt Lake City | UT | USA | 11/2024 | PRESENT |
| San Francisco De Asis | Ecatepec De M. | Estado De Mexico | Mexico | 01/2024 | 11/2024 |
| Barrio Pradera Alta | Maracaibo | Zulia | Venezuela | 12/1986 | 01/2024 |
| N/A | N/A | N/A | N/A | NONE | NONE |
| N/A | N/A | N/A | N/A | NONE | NONE |

3. Provide the following information about your education, beginning with the most recent school that you attended. *(***NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| E. B. E. Reinaldo Martinez | Middle School | Maracaibo / Venezuela | 09/2000 | 07/2001 |
| E. B. E. Reinaldo Martinez | Elementary School | Maracaibo / Venezuela | 09/1995 | 07/2000 |
| N/A | N/A | N/A | NONE | NONE |
| N/A | N/A | N/A | NONE | NONE |

4. Provide the following information about your employment during the past 5 years. List your present employment first. *(***NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| Self Employed | Various Trades | 11/2024 | PRESENT |
| Plastico Premium | Various Trades | 01/2024 | 11/2024 |
| PLEASE SEE ADDITIONAL EMPLOYMENTS LIST FOR FURTHER | INFORMATION | 05/2013 | 01/2018 |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased. (**NOTE**: *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Eleizi ARGUELLO | Maracaibo / Venezuela | ☐ Deceased Maracaibo / Venezuela |
| *Father* Nergio PEREA | La Canada De Urdaneta / Venezuela | ☐ Deceased La Canada De U. / VEN |
| *Sibling* Luis PEREA | Maracaibo / Venezuela | ☐ Deceased Salt Lake City / USA |
| *Sibling* Diana PEREA | Maracaibo / Venezuela | ☐ Deceased Maracaibo / Venezuela |
| *Sibling* Rafael NUNEZ | Maracaibo / Venezuela | ☐ Deceased Mooresville / USA |
| *Sibling* N/A | N/A | ☐ Deceased N/A |

## Part B. Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

**1.** Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

- [ ] Race
- [ ] Religion
- [ ] Nationality
- [x] Political opinion
- [ ] Membership in a particular social group
- [x] Torture Convention

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

- [ ] No
- [x] Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

Yes, my name is Ricardo Jose Perea Arguello and I am requesting asylum in the United States because my life is in danger in my country of origin due to the fact that I am an opponent of the current government of Nicolas Maduro and I participated in demonstrations against the government, which led to death threats against me.

**B.** Do you fear harm or mistreatment if you return to your home country?

- [ ] No
- [x] Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

Yes, I fear that I will be mistreated or harmed if I return to my home country, because I participated in demonstrations against the current government of Nicolas Maduro. I could be beaten, deprived of my liberty or killed by people sympathetic to the government of Nicolas Maduro.

## Part B. Information About Your Application (continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

[X] No [ ] Yes

If "Yes," explain the circumstances and reasons for the action.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

[X] No [ ] Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

[X] No [ ] Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

[ ] No [X] Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

Yes, I fear torture if I were returned to my country of origin or any other country to which I may be returned, since supporters of Nicolas Maduro's government use extreme torture methods and could hit me with fists and kicks, cut off parts of my limbs and kill me, in retaliation for my participation in the marches as an opponent of Nicolas Maduro's government.

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

**1.** Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

[X] No [ ] Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

**2.A.** After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

[ ] No [X] Yes

**2.B.** Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

[X] No [ ] Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

2.A. Yes, I traveled through Mexico to get to the United States, I was there for approximately 10 months while waiting for my CBP ONE appointment.

2.B. N/A

**3.** Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

[X] No [ ] Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application (continued)

4. After you left the country where you were harmed or fear harm, did you return to that country?

[X] No [ ] Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

[ ] No [X] Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

Yes, I am submitting my asylum application more than a year after my arrival in the United States, because for a time I was confused about my desire to return to my country of origin to reunite with my family and knowing that it is impossible due to the current situation in my country of origin, human rights are increasingly scarce and the authorities are in favor of the current government, there is no one to protect people who express their discontent with the government of Nicolas Maduro.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

[X] No [ ] Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I certify that I am physically present in the United States or seeking admission at a Port of Entry when I execute this application. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

*WARNING:* **Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.**

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Ricardo Jose PEREA ARGUELLO | |

Did your spouse, parent, or child(ren) assist you in completing this application? ☒ No ☐ Yes *(If "Yes," list the name and relationship.)*

| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |
|---|---|---|---|
| | | | |

Did someone other than your spouse, parent, or child(ren) prepare this application? ☒ No ☐ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim? ☒ No ☐ Yes

Signature of Applicant *(The person in Part. A.I.)*

➡ [ ]
Sign your name so it all appears within the brackets

Date (mm/dd/yyyy)

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer | | |
|---|---|---|---|
| Daytime Telephone Number ( ) | Address of Preparer: Street Number and Name | | |
| Apt. Number | City | State | Zip Code |

| **To be completed by an attorney or accredited representative (if any).** | ☐ **Select this box if Form G-28 is attached.** | **Attorney State Bar Number** (if applicable) | **Attorney or Accredited Representative USCIS Online Account Number** (if any) |
|---|---|---|---|

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ____ to ____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

Signature of Applicant

Date *(mm/dd/yyyy)*

Write Your Name in Your Native Alphabet

Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ____ to ____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

Signature of Applicant

Date *(mm/dd/yyyy)*

Write Your Name in Your Native Alphabet

Signature of Immigration Judge



# Application for Asylum and for Withholding of Removal Supplement A

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-589**
OMB No. 1615-0069
Expires 09/30/2027

| A-Number *(If available)* 241383810 | Date |
|---|---|
| Applicant's Name Ricardo Jose PEREA ARGUELLO | Applicant's Signature |

## List All of Your Children, Regardless of Age or Marital Status

*(NOTE: Use this form and attach additional pages and documentation as needed, if you have more than four children)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| NONE | NONE | N/A | NONE |
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| N/A | N/A | N/A | NONE |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |
| N/A | N/A | N/A | |
| 13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*: N/A | | | |
| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
| N/A | NONE | NONE | N/A |
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |
| N/A | N/A | | |
| 21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)* ☐ Yes ☐ No | | | |

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| NONE | NONE | N/A | NONE |
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| N/A | N/A | N/A | NONE |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |
| N/A | N/A | N/A | |
| 13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*: N/A | | | |
| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
| N/A | NONE | NONE | N/A |
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |
| N/A | N/A | | |
| 21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)* ☐ Yes ☐ No | | | |



# Application for Asylum and for Withholding of Removal Supplement B

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-589**
OMB No. 1615-0069
Expires 09/30/2027

## Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| 241383810 | |
| **Applicant's Name** | **Applicant's Signature** |
| Ricardo Jose PEREA ARGUELLO | |

**NOTE:** *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

**Part** N/A

**Question** N/A

N/A

005

199. —A las dos de la Tarde de hoy: Diecisiete de julio del año Dos mil siete; se constituyeron en la sala del despacho los ciudadanos abogada María Gracia Anciani y Abogado Nelso Ramírez, Jefe Civil y Secretario respectivamente de la Parroquia Manuel Dagnino, Municipio Maracaibo Estado Zulia. A objeto de presenciar el Matrimonio Civil que tiene convenido Contraer el ciudadano RICARDO JOSE PEREA ARGUELLO; de Veinte años de edad Venezolano, soltero, Comerciante, cedulado bajo el numero: Diecisiete millones, seiscientos treinta y cuatro mil, seiscientos setenta y cinco; natural de este municipio, domiciliado en el Barrio La Sonrisa avenida 101 numero de casa 19B-28 de esta parroquia hijo de: Nergio Perea, Venezolano, chofer, domiciliado en la Cañada de Urdaneta del Estado Zulia y de: Eleisy Arguello, Venezolana, de oficio del hogar; domiciliada en la parroquia francisco Eugenio Bustamante con la ciudadana: MARIA VICTORIA VERA PEREZ; de Dieciseis Años de edad, Venezolana, soltera, Estudiante, cedulada bajo el numero: Diecinueve millones, ciento setenta y siete mil, novecientos cincuenta y cuatro natural de este Municipio y de su mismo domicilio hija de: Miguel Vera, Venezolano, funcionario publico y de: Maria Perez, Venezolana, obrera, ambos de su mismo domicilio. Presentes los nombrados contrayentes y por cuanto la funcionaria que suscribe es la elegida para presenciar este acto y tiene perfecto Conocimiento de que no existe impedimento legal alguno para efectuar este Matrimonio lo cual certifica expresamente y se procedio a su celebración con prescindencia de los documentos indicados en el articulo 69 del codigo civil y de la previa fijacion de Carteles de Conformidad con lo dispuesto en el articulo 70 del mismo Codigo seguidamente se abrio el acto y el Secretario dio lectura a la seccion primera, Capitulo XI, titulo IV libro I del codigo Civil que trata de los deberes y derechos



006

de los Conyuges hecho lo cual la funcionaria que suscri be recibio de los contrayentes previa interrogacion la manifestación libre y espontanea de que ellos se reciben como marido y mujer en Virtud de lo cual los declaro unidos en matrimonio Civil en nombre de la Republica Bolivariana de Venezuela y por la autoridad de la ley. se hace constar que por cuanto la contrayente es menor de edad fue autorizada por sus progenitores los ciudadanos: miguel Vera CI: 7.773 690 y Maria Perez CI: 7.375.477 en su Caracter de progenitores de Conformidad con lo dispuesto en el articulo 59 del codigo Civil Venezolano.- son testigos de este acto los ciudadanos: Wolfan Castillo CI: 7.825.838. Carpintero y Omairo Lozada CI: 9.797.223. Comerciante.- ambos Venezolanos y Vecinos de este municipio. Leida el acta conformes firman.-

La Jefe Civil

Contrayentes

testigos

Omairo Lozada

El Secretario.

El Representante

Miguel Vera



REPÚBLICA BOLIVARIANA DE VENEZUELA
ALCALDÍA BOLIVARIANA DEL MUNICIPIO
MARACAIBO
DIRECCION DE REGISTRO CIVIL MUNICIPAL
JEFATURA CIVIL DE LA PARROQUIA MANUEL DAGNINO

Quien suscribe, Jefe Civil de la Parroquia Manuel Dagnino del Municipio Maracaibo del estado Zulia. Certifica que el presente documento es copia fiel y exacta de original de Matrimonio, Nº Acta 199 Folio 005 Libro Nº II Del Año 2007

Maracaibo 09 de Enero de 2008

ABOG. MARIA GRACIA ANCIANI
JEFE CIVIL

ABOG. NELSO RAMIREZ ESTRADA
SECRETARIO DEL DESPACHO

REPUBLICA BOLIVARIANA DE VENEZUELA JEFATURA CIVIL MANUEL DAGNINO ALCALDIA DE MARACAIBO

AV 50 BARRIO SAN PEDRO DETRÁS DE LA CARCEL DE SABANETA A TRES CASAS DEL COLEGIO EGIDIO MONTESINOS TELEFONO 0261-7193344

REPUBLICA BOLIVARIANA DE VENEZUELA
CEDULA DE IDENTIDAD

V 17.634.675

166
Gustavo Vizcaino
Director

APELLIDOS PEREA ARGUELLO
NOMBRES RICARDO JOSE

FIRMA TITULAR

05/12/1986 SOLTERO
F. NACIMIENTO EDO.CIVIL

24/10/2023 10/2033
F.EXPEDICION F.VENCIMIENTO

VENEZOLANO

REPUBLICA BOLIVARIANA DE VENEZUELA

CEDULA DE IDENTIDAD

V 32.440.818

156

Juan Dugarte

Director

APELLIDOS PEREA VERA

NOMBRES RICARDO MIGUEL

FIRMA TITULAR

18/02/2008 SOLTERO

F. NACIMIENTO EDO CIVIL

15/06/2017 06/2027

F. EXPEDICION F. VENCIMIENTO

VENEZOLANO

# REPÚBLICA BOLIVARIANA DE VENEZUELA

PASAPORTE / PASSPORT

Tipo / *Type*
P

País Emisor / *Issuing State*
VEN

Pasaporte Nº / *Passport Nº*
140961661

Apellidos / *Surnames*
PEREA VERA

Nombres / *Given names*
KEVIN ALEJANDRO

Nacionalidad / *Nationality*
VENEZOLANA

Cédula de Identidad Nº / *Personal Nº*

Fecha de Nacimiento / *Date of birth*
24 / Mayo / May / 2016

Sexo / *Sex*
M

Fecha de Emisión / *Date of issue*
21 / Dic / Dec / 2016

Lugar de Nacimiento / *Place of birth*
MARACAIBO VEN

Fecha de Vencimiento / *Date of expiry*
20 / Dic / Dec / 2021

Autoridad / *Authority*

Titular / *Holder's signature*

P<VENPEREA<VERA<<KEVIN<ALEJANDRO<<<<<<<<<<<<

1409616612VEN1605240M2112208<<<<<<<<<<<<<<<<6

REPÚBLICA BOLIVARIANA DE VENEZUELA

PASAPORTE / PASSPORT

Tipo / Type: P

País Emisor / Issuing State: VEN

Pasaporte Nº / Passport Nº: 140961894

Apellidos / Surnames: VERA PEREZ

Nombres / Given names: MARIA VICTORIA

Nacionalidad / Nationality: VENEZOLANA

Cédula de Identidad Nº / Personal Nº: 19177954

Fecha de Nacimiento / Date of birth: 04 / Sept / Sep / 1990

Sexo / Sex: F

04-09-90

Fecha de Emisión / Date of issue: 21 / Dic / Dec / 2016

Lugar de Nacimiento / Place of birth: MARACAIBO VEN

Fecha de Vencimiento / Date of expiry: 20 / Dic / Dec / 2021

Autoridad / Authority

Titular / Holder's signature

P<VENVERA<PEREZ<<MARIA<VICTORIA<<<<<<<<<<<<<<

1409618948VEN9009040F2112208191779 54<<<<<<14

## Additional List of Employment

Form I-589, Page 4, Part A.III. Information About Your Background, Item 4

**Ricardo Jose PEREA ARGUELLO**

**A# 241-383-810**

Elaboration Date: 12/15/2024

| Name and Address of Employer | Your Occupation | Dates | |
|---|---|---|---|
| | | From *(Mo/Yr)* | To *(Mo/Yr)* |
| Unemployed | N/A | 01/2018 | 01/2024 |
| Corpoelec | Electrical Lineman | 05/2013 | 01/2018 |

# EXHIBIT 3



9/10/25, 12:40 AM Case 2:25-cv-00786-RJS Document 1 Filed 09/10/25 PageID.43 Page 43 of 45
Automated Case Information

An official website of the United States government
Here's how you know

EOIR | Automated Case Information

**Court Closures Today** September 10, 2025

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home > **PEREA VERA, RICARDO MIGUEL (246-909-974)**

# Automated Case Information

## Name: PEREA VERA, RICARDO MIGUEL | A-Number: 246-909-974 | Docket Date: 11/27/2024

### Next Hearing Information

Your upcoming **MASTER** hearing is on **October 19, 2026** at **1:00 PM**.

**JUDGE**

Anderson, David C.

**COURT ADDRESS**

2975 S. DECKER LAKE DR., #200

WEST VALLEY, UT 84119

https://acis.eoir.justice.gov/en/caseInformation 1/3

 ## Court Decision and Motion Information

*This case is pending.*

## BIA Case Information

No appeal was received for this case.

## Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**

2975 S. DECKER LAKE DR., #200

WEST VALLEY, UT 84119

**PHONE NUMBER**

(801) 524-3000

Legal Policies & Disclaimers
Social Media

Budget & Performance

Office of the Inspector General

No FEAR Act

For Employees
EOIR Freedom of Information Act (FOIA)

USA.gov

Contact EOIR

EOIR Home

Justice.gov
Immigration Court Online Resource

Contact Technical Support

This site is protected by hCaptcha:

hCaptcha Privacy Policy

hCaptcha Terms of Service

---

Department of Justice | Executive Office for Immigration Review
*5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041*

EOIR
Automated Case Information